No. 11–7585. BURNETT v. JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7586. COATES v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 11–7587. KERSEY v. BECTON DICKENSON & CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7609. TRIMUAR v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 11–7610. BROWN v. COLLINS ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–7612. BARKLEY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–7618. STREBE v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–7619. RUSSELL v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7621. TOLDEN v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–7626. PAULINO v. BURLINGTON COUNTY JAIL ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7627. TERRY v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 11–7636. BRANCH v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 11–7637. BRYSON v. OCWEN FEDERAL BANK, FSB. C. A. 4th Cir. Certiorari denied.